IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16-CR-4574 MCA |
| | ) | |
| vs. | ) | |
| | ) | |
| **NICHOLAS WIGGINS**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER EXTENDING DEADLINE
## WITHIN WHICH TO FILE RESPONSE TO MOTION

THIS MATTER having come before the Court on the United States of America's unopposed motion for extension of time to respond to Defendant's motion, and the Court being otherwise fully apprised in the premises, finds that the motion is well taken and therefore, FINDS:

1. The United States' response to defendant's motion to suppress is currently due on December 11, 2017.

2. Counsel for the United States advised the Court that counsel requires more time to thoroughly research the issues presented in the motion in order to draft an appropriate response. In addition, an amended motion to suppress may be filed by Counsel for the Defendant.

3. The needs of justice that would be served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

THEREFORE, IT IS HEREBY ORDERED that the deadline to respond to Defendant's motion is extended to January 2, 2018.

_____
Kevin R. Sweazea
United States Magistrate Judge